

# United African-Asian Abilities Club

*Florida: 5335 Falling Water Dr.*  *California: 515 P St., #207*
*Orlando, FL 32818*  *Sacramento, CA 95814*
*P: 619-866-4576*
*F: (916) 330-3339*

## Time, Resources And Internet Report

I coordinated the investigation of Detroit Palms Apartments at located at 1535 N Detroit St, Los Angeles, CA 90046. Two members went to the Detroit Palms Apartments for a field investigation, which took 3 hours. Another member researched the law, regulations and cases, which took 8 hours. I conducted the Internet search related to Detroit Palms Apartments. The search took me 5 hours. The Club retained a consultant to write Exhibit B.


*Sharon Riguer*
_____
Sharon Riguer, President of
United African-Asian Abilities Club