David C. Wakefield, Esq.   Bar #: 185736
Lightning Law, APC
10620 Treena Street, Suite 230
San Diego, CA 92131
Telephone:  619.485.4300; Facsimile:  619.342.7755
E-mail:   dcw@DMWakeLaw.com; wakefieldlawassistant@gmail.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; ANNA MARIE WIGGINS, An Individual, ON BEHALF OF ROBERT AARON MCKISSICK,<br><br>Plaintiff,<br><br>v.<br><br>DUPART FAMILY ASSOCIATES, LLC; AND DOES 1 THROUGH 10, Inclusive<br><br>Defendants. | Case#: 2:20cv10797-FMO-AFM<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS MOTION TO DISMISS**<br><br>Hon. Fernando M. Olguin<br><br>Date: April 8, 2021<br>Time: 10:00 AM<br>Court: 350 W 1st Street<br>Courtroom: 6D |

On March 18, 2021, the Plaintiffs filed a First Amended Complaint ("FAC"), as a matter of right, pursuant to Rule-15 of Federal Rules of Civil Procedure and said FAC now supersedes Plaintiffs Original Complaint.   See Docket Item # 24. Defendant's DUPART FAMILY ASSOCIATES, LLC present motion to dismiss is against Plaintiffs' Original Complaint. See Docket Item #19.   However, Plaintiffs' Original Complaint is no longer the operative pleading.   Plaintiffs' First Amended

1

Complaint ("FAC") is now the operative pleading. Therefore, <u>Defendant's present motion to dismiss the Original Complaint is now moot</u>. For these reasons, Defendant's present motion to dismiss must be denied on the basis of mootness.

Respectfully submitted:

                              LIGHTNING LAW, APC

Dated: March 17, 2021

                    By:   <u>/s/David C. Wakefield</u>
                           DAVID C. WAKEFIELD, ESQ.
                           Attorney for Plaintiffs

///

///

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

 I employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 10620 Treena Street, Suite 230, San Diego, CA 92131.

 On March 18, 2021, I served the document described below on all interested parties in the attached service list by the method indicated below:

1. **PLAINTIFFS' OPPOSITION TO DEFENDANTS MOTION TO DISMISS**

____**BY MAIL -**  I deposited such envelope in the mail at San Diego, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

____ **BY PERSONAL SERVICE** – I caused such envelope to be delivered by a process server employed by _____

____ **VIA FACSIMILE** – I faxed said document, to the office(s) of the addressee(s) shown above, and the transmission was reported as complete and without error.

**XXX_BY ECF ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic transmission to the party (s) identified on the attached service list using the court supported ECF e-mail to the address(es) indicated.

____ **BY OVERNIGHT DELIVERY –** I deposited such envelope for collection and delivery by the Federal Express with delivery fees paid or provided for in accordance with ordinary business practices.  I am "readily familiar" with the

3

Opposition To Motion To Dismiss
CASE #2:20cv10797-FMO-AFM

firm's practice of collection and processing packages for overnight delivery by Federal Express.  They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

\_\_\_\_ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**XX** (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

At San Diego, California.

/s/David C. Wakefield_____
DAVID C. WAKEFIELD

### SERVICE LIST

Tatiana M. Ingman, Esq.
Law Offices of Tatiana Ingman
12734 Cumpston Street
Valley Village, CA  91607
Tel:  (718) 614-8228
Email:  lawofficeoftingman@gmail.com
Attorneys for Defendant

4

Opposition To Motion To Dismiss
CASE #2:20cv10797-FMO-AFM